IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hayley Holland-Honea, et al., | No. CV-18-00448-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Banner Health, et al., | |
| Defendants. | |

Pending before the Court are: (1) the Motion to Dismiss for Lack of Jurisdiction of Defendant United States (Doc. 8); and (2) Plaintiffs' Motion to Stay (Doc. 10). For the reasons set forth in the motion papers of the parties the motion to dismiss by the United States is granted due to the Plaintiffs' failure to exhaust administrative remedies. The dismissal is without prejudice. While the Court appreciates the arguments set forth by the Plaintiffs and the remaining Defendants, the motion to stay is denied, and the matter is remanded to state superior court. This Court realizes that the matter may again need to be removed to this Court if the Plaintiffs do not achieve adequate relief against the United States in the administrative process. If they do, however, there is no jurisdictional basis to proceed against the remaining Defendants. Accordingly, the Court declines to stay the case, and orders that the remaining case be remanded to the state superior court.

**IT IS HEREBY ORDERED** that Motion to Dismiss for Lack of Jurisdiction (Doc. 1) is granted and Defendant United States is dismissed without prejudice.

/ / /

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Stay (Doc. 8) is denied. The Clerk of Court is directed to remand the remaining action back to Pinal County Superior Court for further proceedings.

Dated this 31st day of May, 2018.

_____
Honorable G. Murray Snow
United States District Judge